IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Haralson, Brenda

Printed: 9/30/08

Case Number: 08 B 05255
Judge: Wedoff, Eugene R
Filed: 3/5/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 14, 2008
Confirmed: May 1, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,231.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,150.97 |
| Trustee Fee: |  | 80.03 |
| Other Funds: |  | 0.00 |
| Totals: | 1,231.00 | 1,231.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 1,150.97 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 11,156.14 | 0.00 |
| 4. | Jefferson Capital Systems LLC | Unsecured | 1,965.31 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 276.75 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 1,452.19 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 770.00 | 0.00 |
| 8. | Harris & Harris | Unsecured |  | No Claim Filed |
| 9. | Money Control | Unsecured |  | No Claim Filed |
| 10. | NCO Financial Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 19,084.39 | $ 1,150.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 80.03 |
|  | $ 80.03 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Haralson, Brenda

Printed:  9/30/08

Case Number:  08 B 05255
Judge:  Wedoff, Eugene R
Filed:  3/5/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

